IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

WILLIE MUNN                                                                                          PLAINTIFF

     v.                              Civil No. 4:08-cv-04075

LOUISE PHILLIPS, Jail Administrator,
Hempstead County Detention Facility;
JAN BUSH, Hempstead County
Detention Facility; and SHERIFF
JERRY CRANE, Hempstead County,
Arkansas                                                                                            DEFENDANTS

## JUDGMENT

This action came before the Court on Defendants' Motion for Summary Judgment (Doc. 66). For the reasons stated in the memorandum opinion of this date, the Court finds Defendants' Motion for Summary Judgment (Doc. 66) should be and hereby is **GRANTED**. This case is **DISMISSED** with prejudice.

**IT IS SO ORDERED** this **1st day of March 2010.**

                                                         /s/ Barry A. Bryant
                                                         HON. BARRY A. BRYANT
                                                         U.S. MAGISTRATE JUDGE